**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Meliton Lopez SOLIS, Defendant–**
**Appellant.**

No. 04–15956
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 3, 2006.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Meliton Lopez Solis, Atlanta, GA, pro se.

Before CARNES, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Temo Lopez, counsel for Meliton Lopez Solis in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Solis's conviction and sentence are **AFFIRMED**.